FILED

2018 APR 18  PM 1: 10

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>WYATT PASEK,<br>  aka "yung10x,"<br>  aka "oxygod,"<br>DUC CAO,<br>  aka "Kevin Cao,"<br>  aka "Kstackz," and<br>ISAIAH SUAREZ,<br>  aka "Slaby,"<br><br>            Defendants. | SA CR No. 18-00072 JVS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Manufacture, Possess with Intent to Distribute, and Distribute Schedule II and IV Controlled Substances; 21 U.S.C. §§ 841(a)(1),(b)(1)(C): Distribution of Fentanyl; 21 U.S.C. §§ 813, 841(a)(1), (b)(1)(C): Possession with Intent to Distribute a Fentanyl Analogue; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 2(a): Aiding and Abetting] |

        The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.    INTRODUCTORY ALLEGATIONS

        At all times relevant to this Indictment:

1.   Defendant WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod" ("PASEK"), resided in Santa Ana and Newport Beach, California.

2.   Defendant DUC CAO, aka "Kevin Cao," aka "Kstackz" ("CAO"), resided in Garden Grove and Orange, California.

3.   Defendant ISAIAH SUAREZ, aka "Slaby" ("SUAREZ"), resided in Newport Beach, California.

4.   Legitimate 30 mg pharmaceutical grade Oxycodone contained the stamp "A215" and were round and blue in color.  Legitimate 2 mg pharmaceutical grade Xanax contained the stamp "GG249" and were oblong and white in color.

5.   The darknet was an encrypted portion of the internet that was not indexed and was not accessible through typical internet browsing software.  A darknet marketplace was a commercial website, operating on the darknet, bringing vendors and purchasers together and facilitating the settlement of transactions, almost exclusively in cryptocurrencies, namely Bitcoin.  Cryptocurrencies were digital currencies that utilized encryption to regulate the generation of currency and verify the transfer of funds.  Dream Market was a darknet marketplace that hosted numerous vendors that sold items including controlled substances and counterfeit pharmaceuticals.

B.   OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, but at least as early as in or about April 2017, and continuing until on or about April 3, 2018, in Orange County, within the Central District of California, and elsewhere, defendants PASEK, CAO, and SUAREZ, and others known and unknown to the Grand Jury, conspired and agreed with each other to:

2

1.    knowingly and intentionally manufacture, possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C);

2.    knowingly and intentionally manufacture, possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of an analogue of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 813, 841(a)(1), (b)(1)(C); and

3.    knowingly and intentionally manufacture, possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of alprazolam, also known as "Xanax," a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(2).

C.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance as follows:

1.    Defendants PASEK and CAO would order chemicals and equipment on the internet from China and elsewhere for the manufacture of drugs.

2.    Defendants PASEK, CAO, and SUAREZ would receive chemicals and equipment for the manufacture of drugs.

3.    Defendants PASEK, CAO, and SUAREZ would manufacture drugs at clandestine laboratory sites, including at defendant SUAREZ's residence on East Balboa Boulevard in Newport Beach, California.

4.    Defendants PASEK, CAO, and SUAREZ would store and maintain

1  quantities of drugs for distribution to others.

2      5.   Defendants PASEK and CAO would operate a marketplace on

3  Dream Market under defendant PASEK's moniker, "oxygod," offering to

4  sell, for Bitcoins, the drugs defendants PASEK, CAO, and SUAREZ

5  manufactured.

6      6.   Defendants PASEK and CAO would purchase postage online using

7  Bitcoin to distribute drugs purchased from "oxygod"'s marketplace

8  through the United States Postal Service ("USPS").

9      7.   Defendants PASEK and CAO would distribute drugs to others,

10  including distributing the drugs through the USPS.

11  D.   OVERT ACTS

12      In furtherance of the conspiracy, and to accomplish the objects

13  of the conspiracy, defendants PASEK, CAO, and SUAREZ, and others

14  known and unknown to the Grand Jury, committed various overt acts on

15  or about the following dates, within the Central District of

16  California, including, but not limited to, the following:

17      Overt Act No. 1:   On or about April 16, 2017, defendants PASEK

18  and SUAREZ discussed defendant PASEK manufacturing drugs and the

19  dosage defendant PASEK was using to manufacture the drugs.

20      Overt Act No. 2:   On or about November 3, 2017, defendant

21  PASEK received molds from China to use in the manufacturing of drugs.

22      Overt Act No. 3:   On or about November 6, 2017, defendants

23  PASEK and SUAREZ discussed defendant SUAREZ pressing pills and the

24  potency of the pills.

25      Overt Act No. 4:   On or about November 8, 2017, defendant

26  PASEK told defendant SUAREZ that defendant PASEK received fentanyl in

27  the mail.

28

4

1      Overt Act No. 5:    On or about November 11, 2017, defendant

2  PASEK told defendant SUAREZ that a package would be delivered that

3  day and for defendant SUAREZ to stay home to sign for it to avoid

4  needing to go to the post office to pick it up.

5      Overt Act No. 6:    On or about January 5, 2018, defendants

6  PASEK and CAO, using the moniker "oxygod" on the Dream Market

7  marketplace on the dark web, sold 100 pills purported to be "pressed

8  oxy" containing .8mg of fentanyl in exchange for $530 USD in Bitcoin

9  to a federal agent posing in an undercover capacity.

10     Overt Act No. 7:    On or about January 12, 2018, defendants

11  PASEK and CAO caused a USPS Priority Mail parcel to be delivered to

12  the undercover federal agent containing approximately 105 round, blue

13  pills stamped with "A215."

14     Overt Act No. 8:    On or about January 24, 2018, defendants

15  PASEK and CAO, using the moniker "oxygod" on the Dream Market

16  marketplace on the dark web, sold 100 pills purported to be "pressed

17  oxy" containing .8mg of fentanyl in exchange for $530 USD in Bitcoin

18  to a federal agent posing in an undercover capacity.

19     Overt Act No. 9:    On or about January 30, 2018, defendants

20  PASEK and CAO caused a USPS Priority Mail parcel to be delivered to

21  the undercover federal agent containing approximately 144 round, blue

22  pills stamped with "A215."

23     Overt Act No. 10:    On or about February 6, 2018, defendant

24  SUAREZ asked defendant PASEK if defendant SUAREZ could be paid for

25  the drugs that defendant SUAREZ manufactured.

26     Overt Act No. 11:    On or about March 2, 2018, defendants PASEK

27  and CAO, using the moniker "oxygod" on the Dream Market marketplace

28  on the dark web, sold 100 pills purported to be "pressed oxy"

1  containing .8mg of fentanyl in exchange for $530 USD in Bitcoin to a

2  federal agent posing in an undercover capacity.

3      Overt Act No. 12:   On or about March 5, 2018, defendant CAO

4  left the pill press located at defendant SUAREZ's residence carrying

5  a white plastic grocery bag.

6      Overt Act No. 13:   On or about March 5, 2018, defendant CAO

7  removed seven USPS priority mail parcels from his white grocery bag

8  and placed them in a mail receptacle in Newport Beach, California;

9  the parcels contained approximately 1,400 round, blue pills stamped

10  with "A215," made with fentanyl, and one of the parcels was to be

11  delivered to the undercover federal agent.

12      Overt Act No. 14:   On or about March 14, 2018, defendant PASEK

13  sent a text message to defendant CAO saying defendant PASEK would

14  order the active ingredient from China to manufacture counterfeit

15  Xanax pills.

16      Overt Act No. 15:   On or about March 15, 2018, defendant PASEK

17  sent a text message to defendant CAO telling defendant CAO "Don't

18  ship from Newport anymore."

19      Overt Act No. 16:   On or about March 15, 2018, defendant CAO

20  replied by text message back to defendant PASEK stating, "ok ill drop

21  packs in CMesa today."

22      Overt Act No. 17:   On or about March 15, 2018, defendants PASEK

23  and CAO discussed the reviews they received about the current batch

24  of drugs they manufactured and that they needed to increase the

25  dosage on the next batch they would manufacture.

26      Overt Act No. 18:   On or about March 24, 2018, defendant CAO

27  sent a text message to defendant PASEK stating, "I just ordered more

28  silver bags too, im about to order more binder in a couple days."

1    Overt Act No. 19:   On or about March 24, 2018, defendants PASEK

2  and CAO discussed the amount of pills they had in stock, including

3  the batch that was extra strong, to fulfill orders.

4    Overt Act No. 20:   On or about March 26, 2018, defendant CAO

5  sent a text message to defendant PASEK saying that defendants CAO and

6  SUAREZ were manufacturing pills and they would have approximately

7  22,000 pills by the end of the day.

8    Overt Act No. 21:   On or about March 30, 2018, defendant CAO

9  sent a text message to defendant PASEK stating, "hit me up tmr g, ill

10  get the orders out and setup the 2nd press."

11    Overt Act No. 22:   On or about March 31, 2018, defendant CAO

12  sent a text message to defendant PASEK stating, "2nd press up and

13  ready to go."

14    Overt Act No. 23:   On or about April 2, 2018, defendant CAO

15  sent a text message to defendant PASEK stating, "Isaiah just started

16  right now, im looking for a post office to drop these off then ill

17  cruz over."

18    Overt Act No. 24:   On or about April 2, 2018, defendant CAO

19  drove from the pill press located at defendant SUAREZ's residence in

20  Newport Beach to a United States Post Office in Santa Ana and placed

21  thirteen USPS Priority Mail boxes into a mail receptacle; the parcels

22  contained approximately 4,000 round, blue pills stamped with "A215."

23    Overt Act No. 25:   On or about April 3, 2018, defendant PASEK

24  possessed approximately 13,000 round, blue pills stamped with "A215,"

25  27 rounds of 9 mm ammunition, jewelry, and bundles of US currency in

26  $100 and $20 denominations at his residence in Santa Ana.

27    Overt Act No. 26:   On or about April 3, 2018, defendants PASEK,

28  CAO, and SUAREZ possessed approximately 10 kg of round, blue pills

stamped with "A215," 1.75 kg of oblong, white pills stamped with "GG249," bowls containing white and blue powder, large plastic bags containing approximately 4.5 kg of white and blue powders, three small scales, and a pill press at defendant SUAREZ's residence in Newport Beach.

Overt Act No. 27:   On or about April 3, 2018, defendant CAO possessed approximately 200 round, blue pills stamped with "A215," in two USPS priority mail parcels and a small, digital scale at defendant CAO's residence in Orange, California.

Overt Act No. 28:   On or about April 3, 2018, defendant CAO possessed approximately 750 round, blue pills stamped with "A215," in six USPS priority mail parcels and "A215 pill dies" in defendant CAO's car.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about March 5, 2018, in Orange County, within the Central District of California, defendants WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod," DUC CAO, aka "Kevin Cao," aka "Kstackz," and ISAIAH SUAREZ, aka "Slaby," aiding and abetting each other, knowingly and intentionally distributed fentanyl, a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 813, 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about April 3, 2018, in Orange County, within the Central District of California, defendants WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod," DUC CAO, aka "Kevin Cao," aka "Kstackz," and ISAIAH SUAREZ, aka "Slaby," aiding and abetting each other, knowingly and intentionally possessed with intent to distribute for human consumption methoxy acetyl fentanyl, knowing that methoxy acetyl fentanyl was a controlled substance analogue and which substance was, in fact, a controlled substance analogue of fentanyl, a Schedule II narcotic drug controlled substance.

COUNT FOUR

[18 U.S.C. § 922(g)(1)]

On or about March 28, 2018, in Orange County, within the Central District of California, defendant WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod" ("PASEK"), knowingly possessed a firearm, namely, a Glock Model 34, 9mm handgun, bearing serial number YSF052, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PASEK had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Possession and Purchase for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Orange, case number 14HF2107, on or about August 1, 2014.

(2) Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, case number 14HF2107, on or about August 1, 2014.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about April 3, 2018, in Orange County, within the Central District of California, defendant WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod" ("PASEK"), knowingly possessed ammunition, namely, 18 rounds of Federal Cartridge 9mm Luger ammunition and 9 rounds of Blazer 9mm Luger ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PASEK had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1)   Possession and Purchase for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Orange, case number 14HF2107, on or about August 1, 2014.

///

1          (2)   Possession of a Controlled Substance for Sale, in violation

2     of California Health and Safety Code Section 11378, in the Superior

3     Court for the State of California, County of Orange, case number

4     14HF2107, on or about August 1, 2014.

5

6                                              A TRUE BILL

7

8                                    _____

9                                    Foreperson

10    NICOLA T. HANNA
      United States Attorney

11

12

13    LAWRENCE S. MIDDLETON
      Assistant United States Attorney

14    Chief, Criminal Division

15    DENNISE D. WILLETT
      Assistant United States Attorney

16    Chief, Santa Ana Branch Office

17    JOSEPH T. McNALLY
      Assistant United States Attorney

18    Deputy Chief, Santa Ana Branch Office

19    BRETT A. SAGEL
      Assistant United States Attorney

20    Santa Ana Branch Office

21

22

23

24

25

26

27

28

                                    13