FILED
2018 OCT 22 PM 4:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WYATT PASEK,<br>　aka "yung10x,"<br>　aka "oxygod,"<br><br>　　　　Defendant. | SA CR 18-72(A)-JVS<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[21 U.S.C. § 846: Conspiracy to Manufacture, Possess with Intent to Distribute, and Distribute Schedule II and IV Controlled Substances; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm; 18 U.S.C. § 1957: Laundering Monetary Instruments] |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. § 846]

A.　INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.　Defendant WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod" ("PASEK"), resided in Santa Ana and Newport Beach, California.

2.　Co-conspirator Duc Cao, aka "Kevin Cao," aka "Kstackz" ("Cao"), resided in Garden Grove and Orange, California.

3. Co-conspirator Isaiah Suarez, aka "Slaby" ("Suarez"), resided in Newport Beach, California.

4. Legitimate 30 mg pharmaceutical grade Oxycodone contained the stamp "A215" and were round and blue in color. Legitimate 2 mg pharmaceutical grade Xanax contained the stamp "GG249" and were oblong and white in color.

5. The darknet was an encrypted portion of the internet that was not indexed and was not accessible through typical internet browsing software. A darknet marketplace was a commercial website, operating on the darknet, bringing vendors and purchasers together and facilitating the settlement of transactions, almost exclusively in cryptocurrencies, namely Bitcoin. Cryptocurrencies were digital currencies that utilized encryption to regulate the generation of currency and verify the transfer of funds. Dream Market was a darknet marketplace that hosted numerous vendors that sold items including controlled substances and counterfeit pharmaceuticals.

B. OBJECTS OF THE CONSPIRACY

Beginning on an unknown date, but at least as early as in or about April 2017, and continuing until on or about April 3, 2018, in Orange County, within the Central District of California, and elsewhere, defendant PASEK, together with co-conspirators Cao and Suarez, and others known and unknown to the United States Attorney, conspired and agreed with each other to:

1. knowingly and intentionally manufacture, possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C);

2. knowingly and intentionally manufacture, possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of an analogue of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 813, 841(a)(1), (b)(1)(C); and

3. knowingly and intentionally manufacture, possess with intent to distribute, and distribute, a mixture and substance containing a detectable amount of alprazolam, also known as "Xanax," a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(2).

C. MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished, in substance as follows:

1. Defendant PASEK and co-conspirator Cao would order chemicals and equipment on the internet from China and elsewhere for the manufacture of drugs.

2. Defendant PASEK and co-conspirators Cao and Suarez would receive chemicals and equipment for the manufacture of drugs.

3. Defendant PASEK and co-conspirators Cao and Suarez would manufacture drugs at clandestine laboratory sites, including at defendant SUAREZ's residence on East Balboa Boulevard in Newport Beach, California.

4. Defendant PASEK and co-conspirators Cao and Suarez would store and maintain quantities of drugs for distribution to others.

5. Defendant PASEK and co-conspirator Cao would operate a marketplace on Dream Market under defendant PASEK's moniker, "oxygod," offering to sell, for Bitcoins, the drugs defendant PASEK

and co-conspirators Cao and Suarez manufactured.

6. Defendant PASEK and co-conspirator Cao would purchase postage online using Bitcoin to distribute drugs purchased from "oxygod"'s marketplace through the United States Postal Service ("USPS").

7. Defendant PASEK and co-conspirator Cao would distribute drugs to others, including distributing the drugs through the USPS.

D. OVERT ACTS

In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendant PASEK, together with co-conspirators Cao and Suarez, and others known and unknown to the United States Attorney, committed various overt acts on or about the following dates, within the Central District of California, including, but not limited to, the following:

Overt Act No. 1: On or about April 16, 2017, defendant PASEK and co-conspirator Suarez discussed defendant PASEK manufacturing drugs and the dosage defendant PASEK was using to manufacture the drugs.

Overt Act No. 2: On or about November 3, 2017, defendant PASEK received molds from China to use in the manufacturing of drugs.

Overt Act No. 3: On or about November 6, 2017, defendant PASEK and co-conspirator Suarez discussed co-conspirator Suarez pressing pills and the potency of the pills.

Overt Act No. 4: On or about November 8, 2017, defendant PASEK told co-conspirator Suarez that defendant PASEK received fentanyl in the mail.

Overt Act No. 5: On or about November 11, 2017, defendant PASEK told co-conspirator Suarez that a package would be delivered

that day and for co-conspirator Suarez to stay home to sign for it to avoid needing to go to the post office to pick it up.

Overt Act No. 6:   On or about January 5, 2018, defendant PASEK and co-conspirator Cao, using the moniker "oxygod" on the Dream Market marketplace on the dark web, sold 100 pills purported to be "pressed oxy" containing .8mg of fentanyl in exchange for $530 USD in Bitcoin to a federal agent posing in an undercover capacity.

Overt Act No. 7:   On or about January 12, 2018, defendant PASEK and co-conspirator Cao caused a USPS Priority Mail parcel to be delivered to the undercover federal agent containing approximately 107 round, blue pills stamped with "A215."

Overt Act No. 8:   On or about January 24, 2018, defendant PASEK and co-conspirator Cao, using the moniker "oxygod" on the Dream Market marketplace on the dark web, sold 100 pills purported to be "pressed oxy" containing .8mg of fentanyl in exchange for $530 USD in Bitcoin to a federal agent posing in an undercover capacity.

Overt Act No. 9:   On or about January 30, 2018, defendant PASEK and co-conspirator Cao caused a USPS Priority Mail parcel to be delivered to the undercover federal agent containing approximately 144 round, blue pills stamped with "A215."

Overt Act No. 10:   On or about February 6, 2018, co-conspirator Suarez asked defendant PASEK if co-conspirator Suarez could be paid for the drugs that co-conspirator Suarez manufactured.

Overt Act No. 11:   On or about March 2, 2018, defendant PASEK and co-conspirator Cao, using the moniker "oxygod" on the Dream Market marketplace on the dark web, sold 100 pills purported to be "pressed oxy" containing .8mg of fentanyl in exchange for $530 USD in Bitcoin to a federal agent posing in an undercover capacity.

<u>Overt Act No. 12</u>: On or about March 5, 2018, co-conspirator Cao left the pill press located at co-conspirator Suarez's residence carrying a white plastic grocery bag.

<u>Overt Act No. 13</u>: On or about March 5, 2018, co-conspirator Cao removed seven USPS priority mail parcels from his white grocery bag and placed them in a mail receptacle in Newport Beach, California; the parcels contained approximately 1,400 round, blue pills stamped with "A215," made with fentanyl, and one of the parcels was to be delivered to the undercover federal agent.

<u>Overt Act No. 14</u>: On or about March 14, 2018, defendant PASEK sent a text message to co-conspirator Cao saying defendant PASEK would order the active ingredient from China to manufacture counterfeit Xanax pills.

<u>Overt Act No. 15</u>: On or about March 15, 2018, defendant PASEK sent a text message to co-conspirator Cao telling co-conspirator Cao "Don't ship from Newport anymore."

<u>Overt Act No. 16</u>: On or about March 15, 2018, co-conspirator Cao replied by text message back to defendant PASEK stating, "ok ill drop packs in CMesa today."

<u>Overt Act No. 17</u>: On or about March 15, 2018, defendant PASEK and co-conspirator Cao discussed the reviews they received about the current batch of drugs they manufactured and that they needed to increase the dosage on the next batch they would manufacture.

<u>Overt Act No. 18</u>: On or about March 24, 2018, co-conspirator Cao sent a text message to defendant PASEK stating, "I just ordered more silver bags too, im about to order more binder in a couple days."

Overt Act No. 19: On or about March 24, 2018, defendant PASEK and co-conspirator Cao discussed the amount of pills they had in stock, including the batch that was extra strong, to fulfill orders.

Overt Act No. 20: On or about March 26, 2018, co-conspirator Cao sent a text message to defendant PASEK saying that co-conspirators Cao and Suarez were manufacturing pills and they would have approximately 22,000 pills by the end of the day.

Overt Act No. 21: On or about March 30, 2018, co-conspirator Cao sent a text message to defendant PASEK stating, "hit me up tmr g, ill get the orders out and setup the 2nd press."

Overt Act No. 22: On or about March 31, 2018, co-conspirator Cao sent a text message to defendant PASEK stating, "2nd press up and ready to go."

Overt Act No. 23: On or about April 2, 2018, co-conspirator Cao sent a text message to defendant PASEK stating, "Isaiah just started right now, im looking for a post office to drop these off then ill cruz over."

Overt Act No. 24: On or about April 2, 2018, co-conspirator Cao drove from the pill press located at co-conspirator Suarez's residence in Newport Beach to a United States Post Office in Santa Ana and placed thirteen USPS Priority Mail boxes into a mail receptacle; the parcels contained approximately 4,000 round, blue pills stamped with "A215."

Overt Act No. 25: On or about April 3, 2018, defendant PASEK possessed approximately 13,000 round, blue pills stamped with "A215," 27 rounds of 9 mm ammunition, jewelry, and bundles of US currency in $100 and $20 denominations at his residence in Santa Ana.

7

<u>Overt Act No. 26</u>: On or about April 3, 2018, defendant PASEK and co-conspirators Cao and Suarez possessed approximately 10 kg of round, blue pills stamped with "A215," 1.75 kg of oblong, white pills stamped with "GG249," bowls containing white and blue powder, large plastic bags containing approximately 4.5 kg of white and blue powders, three small scales, and a pill press at co-conspirator Suarez's residence in Newport Beach.

<u>Overt Act No. 27</u>: On or about April 3, 2018, co-conspirator Cao possessed approximately 200 round, blue pills stamped with "A215," in two USPS priority mail parcels and a small, digital scale at co-conspirator Cao's residence in Orange, California.

<u>Overt Act No. 28</u>: On or about April 3, 2018, co-conspirator Cao possessed approximately 750 round, blue pills stamped with "A215," in six USPS priority mail parcels and "A215 pill dies" in co-conspirator Cao's car.

## COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about March 28, 2018, in Orange County, within the Central District of California, defendant WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod" ("PASEK"), knowingly possessed a firearm, namely, a Glock Model 34, 9mm handgun, bearing serial number YSF052, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PASEK had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Possession and Purchase for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of Orange, case number 14HF2107, on or about August 1, 2014.

(2) Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Orange, case number 14HF2107, on or about August 1, 2014.

9

## COUNT THREE

[18 U.S.C. § 1957]

On or about May 24, 2017, in Orange County, within the Central District of California, defendant WYATT PASEK, also known as ("aka") "yung10x," aka "oxygod" ("PASEK"), knowing that the funds involved represented the proceeds of some form of unlawful activity, engaged in a monetary transaction affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, which property, in fact, was derived from specified unlawful activity, that is, conspiracy to manufacture, possess with intent to distribute, and distribute Schedule II and IV controlled substances, in violation of Title 21, United States Code, Section 846, specifically, defendant PASEK purchased a Audemars Piguet Royal Oak Offshore Watch from Newport Jewelers for a total purchase price of $26,800, which defendant PASEK paid in cash.

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRETT A. SAGEL
Assistant United States Attorney

10