

Sentencing Exhibit 1