HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JASON HANNAN (Bar No. 290841)
(E-Mail: Jason_Hannan@fd.org)
Deputy Federal Public Defenders
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

*Attorneys for Mr. Wyatt Pasek*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WYATT PASEK, <br><br> Defendant. | Case No. SA CR 18-00072-JVS <br><br> SUPPLMENTAL LETTER AND CERTIFICATES IN SUPPORT OF DEFENDANT'S POSITION RE SENTENCING <br><br> Sentencing Date: August 26, 2019 <br> Time: 9:00 a.m. |

Defendant Wyatt Pasek, by and through his attorney of record, Deputy Federal Public Defender Jason Hannan, hereby submits defendant's supplemental letter and certificates for the Court's sentencing consideration.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: August 23, 2019      By  */s/ Jason Hannan*
                                JASON HANNAN
                                Deputy Federal Public Defender

## PROOF OF SERVICE

I, Maurine Von Winckelmann, declare that I am a resident or employed in Orange County, California; that my business address is the Office of the Federal Public Defender, 411 West Fourth Street, Suite 7110, Santa Ana, California 92701-4598, Telephone No. (714) 338-4500; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **SUPPLMENTAL LETTER AND CERTIFICATES IN SUPPORT OF DEFENDANT'S POSITION RE SENTENCING** on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[x] By E-mail addressed as follows:

Leslie De La Torre
United States Probation
Santa Ana, California

Leslie_DeLaTorre@cacp.uscourts.gov

This proof of service is executed at Santa Ana, California, on August 23, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Maurine Von Winckelmann*
Maurine Von Winckelmann