Dear Honorable Judge V Selna,

    My name is Wyatt Joseph Pasek; I am 22 years old, a high school graduate; local to Newport Beach, and an aspiring business mogul. I appreciate this opportunity to share some words that may give you some insight on who I am.

    I understand that ultimately, there are no rationalizations for my erroneous actions, and as a man, I must take complete accountability if I truly want to advance. I completely comprehend the severity of my offense and with much regret, I can guarantee I will never put my family or myself in this position again, the costs are simply far too great.

    Although I reflect on it each day, I do not have all the answers. Looking back, I recognize how much I had truly lost my way, and how detrimental my irrational and nearsighted thinking was. Digging deep into my conscience and heart, I have identified some personal underlying issues that have caused me to harbor chronic emotional pain that may correlate with my mistaken ways.

    As a Human and American, I believe that we should have the shared goal to make this world a better place, and I am ashamed to say I have for the time being, failed. I was young, ignorant, foolish, and lacked the life experience to mentally grasp the extent of consequences I was wagering. I have since suffered immensely; this mistake has cost me valuable life opportunities, precious time with family I will never get back, day-to-day heartache, and crippling stress. I will carry this guilt for the rest for my life, I have really let my family down and realize that my actions have an impact on a much wider spectrum than just myself.

    If you really knew me, you would know that I have a grand purpose beyond these cinderblock walls. You would know that I have so many qualities that make me valuable, competent, and loved. You would know I live to inspire, motivate and help others realize and reach their own potential. Being the oldest of two boys and growing up with a single struggling mother, I have never asked anyone for anything in my life, but today for the sake of my future, and my family, I must ask you for empathy; and another opportunity to apply my determination towards being an extraordinary asset to society that I undoubtedly will become.

    I have invested a lot into bettering myself since my incarceration; focusing daily on my mind, body, and spirit. With some help and literature, I have learned intermediate Italian including over 500+ words, grammar, reading skills, as well as accounting and economics. I have quality professional relationships at car dealerships and marketing companies that I am certain will find me invaluable upon my release.

    In good faith, I believe we mutually desire the same long-term conclusion to this situation; successful results. To learn my lesson through this life shattering experience, to not repeat the same errors, and to participate in society in a progressive manner. I really hope you see me for who I am, and not the mistakes I have made. I really do care about my life.

                                              Sincerely,

                                       *Wyatt J. Pasek*