# Certificate of Completion

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Pasek Wyatt*

Has completed a course of instruction in

## Computer Applications

All Instruction Provided in English only.

### MS Excel 2010

*August 23, 2018*
Date

_____
Instructor

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

*This is to certify that*

## Wyatt Pasek

*Has Successfully Completed 12 Classes of*

*Attitudes for Success: Substance Use, Addiction & Recovery*

January 16, 2019

Luis Vasquez, Instructor

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

**Wyatt Pasek**

Has completed __10__ classes

*Attitude for Success~CHOICES*

_Patricia Coyle_
Instructor

January 7, 2019
Date

# Santa Ana College
## School of Continuing Education

### CASAS
Comprehensive Adult Student Assessment System

# Certificate of Progress

*Pasek Wyatt*

for exceptional improvement in competency-based learning

*Pretest (83R) Posttest (185 R) Gain (8 Points)*

## Adult Basic Education

*Patricia Coyle*
Instructor: Pat Coyle

January 14, 2019
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Wyatt Pasek*

*Successfully Completed the requirements for*

## College Keyboarding I (55 wpm)

August 31, 2018
Date


Instructor