# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 18-72-JVS |
| Date | August 26, 2019 |

Present: The Honorable **James V Selna, US District Court Judge**

Interpreter

| Lisa M Bredahl | Sharon Seffens | Brett Sagel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **1. Wyatt Pasek** | X | X | | **1. Jason Hannan, DFPD** | X | X | |

**Proceedings:**   SENTENCING   -   Non-Evidentiary

Cause called for hearing and counsel make their appearances.  The Court's tentative sentencing memorandum is issued.  Counsel submit on the Court's tentative sentencing memorandum.  The defendant addresses the Court.  The Court sentences the defendant (Refer to separate Judgment Order) in accordance with its sentencing memorandum (filed under seal).

cc:   USPO

:   20

Initials of Deputy Clerk   lmb